1
2
3            UNITED STATES DISTRICT COURT
4               DISTRICT OF NEVADA
5                        * * *
6  AFSHIN BAHRAMPOUR,                     Case No. 2:21-cv-2159-MMD
7                        Plaintiff,            ORDER
8        v.
   NATIONAL SECURITY AGENCY, *et al.*,
9                       Defendants.
10

11         The Court received the "application seeking leave to file per Judge Navarro's order

12  dated April 14, 2017" (the "Application"). (ECF No. 1.) In the Application, potential Plaintiff

13  Afshin Bahrampour seeks permission to file a new case against the National Security

14  Agency ("NSA") and certain unspecified other Defendants, seeking judicial review of their

15  allegedly improper decisions not to release documents in response to Bahrampour's

16  FOIA request or requests. Bahrampour also attached a copy of Judge Navarro's 2017

17  order. (*Id.* at 3-5.) However, the Court needs more information from Bahrampour before

18  it can decide whether to permit him to file a new case. Specifically, the Court needs more

19  information about the investigation Bahrampour conducted before seeking leave to file

20  this case, what his proposed claims are, and how the facts he uncovered during his

21  investigation support the claims he wishes to allege in this proposed case.

22         It is therefore ordered that Bahrampour must supplement the Application by

23  January 7, 2022, with a detailed explanation of the investigation Bahrampour conducted

24  before seeking leave to file this case, what his proposed claims are, and how the facts he

25  uncovered during his investigation support the claims he wishes to allege in this proposed

26  case.

27         The Clerk of Court is directed to open a new case number for this matter and

28  temporarily assign it to Chief Judge Miranda M. Du.

It is further ordered that, once the Court is able to review Bahrampour's supplement, it will issue a subsequent order either granting or denying Bahrampour's Application.

It is further ordered that, if the Court permits Bahrampour to file a new case in a subsequent order, the case will be randomly assigned to another District Judge and Bahrampour will have to submit an application to proceed *in forma pauperis* and proposed complaint in compliance with the Local Rules. The presiding judge may still dismiss the proposed complaint or deny the application to proceed *in forma pauperis*.

It is further ordered that this order does not give Bahrampour permission to file a new case, or any further documents in any closed cases. At this time, the Court grants Bahrampour leave to file a supplement to his Application as specified herein, and nothing else.

DATED THIS 8th Day of December 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE